**Don PARKER, Plaintiff–Appellant**

v.

**TYSON FOODS INC.; Richard Shewmaker, Individually, Defendants–Appellees.**

No. 07–60626
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 19, 2008.

John Martin Mooney, Jr., Law Offices of John M. Mooney Jr., Jackson, MS, for Plaintiff–Appellant.

Walter James Brand, Watkins & Eager, Jackson, MS, for Defendants–Appellees.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The District Court granted summary judgment in favor of Defendants–Appellees Tyson Foods, Inc. et al., and declined to exercise supplemental jurisdiction over Plaintiff–Appellant Don Parker's state law claims. Accordingly, the District Court dismissed Parker's federal claims with prejudice and his state law claims without prejudice. We affirm for essentially the same reasons given in the July 9, 2007, 2007 WL 2021928, Memorandum Opinion and Order of the District Court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.